In the Matter of ROBERT O'TOOLE, Respondent, v NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES, Appellant.—Motion for clarification of memorandum decision (57 AD2d 708) denied. Memorandum: The times during which the revocation order was stayed may not be considered as time during which petitioner's license was revoked (Vehicle and Traffic Law, § 318, subd 9, par [a]). Petitioner is not entitled to the return of his license until he has suffered the loss of driving privileges for a period of one year, which time has not yet expired. Present—Marsh, J. P., Moule, Cardamone, Simons and Dillon, JJ.

NORTHERN STRUCTURES, INC., Respondent, v UNION BANK, Appellant.—Motion granted, and opinion (57 AD2d 360), and order amended by substituting the words "predecision interest" for "prejudgment interest", and amending the amount of interest accordingly. Present—Moule, J. P., Cardamone, Simons, Dillon and Witmer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v LEROY COTTON, Defendant.—Motion for change of venue denied. Memorandum: On this application it does not appear that a fair trial cannot be obtained in Onondaga County, and at this time we deem the motion premature. (See *People v Di Piazza,* 24 NY2d 342; *People v Hatch,* 46 AD2d 721; *People v Sekou,* 45 AD2d 982.) Present—Marsh, P. J., Moule, Cardamone, Simons and Hancock, JJ. [Order entered July 1, 1977.]

THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v JAMES THOMAS, Defendant.—Motion to extend time for taking appeal denied (see *People v Corso,* 40 NY2d 578, CPL 460.30). [Order entered July 1, 1977.]